# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ACCIDENT INSURANCE COMPANY, INC.,<br><br>             **Plaintiff,**<br><br>v.<br><br>1. ELITE EXTERIORS, INC. d/b/a ELITE EXTERIORS;<br>2. CHRISTINA CUELLAR DIAZ;<br>3. ARMANDO CUELLAR-MARIN; and<br>4. IRMA DIAZ, individually and next friend of M.C.D., a minor,<br><br>             **Defendants.** | Case No: CIV-20-72-SLP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Plaintiff, Accident Insurance Company, Inc. and Defendants, Elite Exteriors, Inc. d/b/a Elite Exteriors, Christina Cuellar Diaz, Armando Cuellar-Marin and Irma Diaz, individually and next friend of M.C.D., a minor and pursuant to FED. R. CIV. P 41(a)(1)(A)(ii), hereby stipulate that this action is dismissed with prejudice, each party to bear its own costs and fees, for the reason that the underlying state court matter has resolved.

Dated this 24th day of September, 2020.

1

Respectfully submitted,

s/Christine B. McInnes
MICHAEL G. McATEE, OBA #11589
CHRISTINE B. McINNES, OBA #22882
McATEE & WOODS, P.C.
410 N.W. 13th Street
Oklahoma City, OK 73103
Telephone: (405) 232-5067
Facsimile: (405) 232-0009
mikem@mcateeandwoods.com
christinem@mcateeandwoods.com
*Attorneys for Plaintiff*

s/Eric D. Cotton
Eric D. Cotton, OBA #20658
The Cotton Law Firm, PLLC
422 E. 2nd Street
Edmond, Oklahoma 73034
Telephone: (405) 285-0816
Facsimile: (405) 285-1409
Eric.cotton@thecottonlawfirm.com
*Attorney for Defendant, Elite Exteriors, Inc*

s/David M. Nix
David M. Nix, OBA #14894
THE NIX LAW FIRM
1401 Holliday, Suite 400
Wichita Falls, Texas 76301
Telephone: (940) 322-8200
Facsimile: (940) 228-3233
dnix@thenixlawfirm.com
*Attorney for Defendants,*
*Christina Cuellar Diaz, Armando Cuellar Diaz-Marin, Irma Diaz and MC.D., a minor*